Order entered April 4, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01166-CR

**TRACIE LONEASE RANSOM Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F08-61582-I**

## ORDER

Appellant Tracie Lonease Ransom's March 13, 2013 motion to extend time for filing a motion for rehearing is **GRANTED,** and the motion for rehearing received by this Court on March 26, 2013 is **ORDERED** filed as of that date.

/s/    MOLLY FRANCIS
        JUSTICE